# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 293 WAL 2016

           Respondent               :

                                   :    Petition for Allowance of Appeal from

                                   :    the Order of the Superior Court

             v.                       :

                                   :

                                   :

JASON JAMES HARPER,              :

                                   :

             Petitioner                  :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 26th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.